

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-10-01079-CV

**Bankcard Processing International, L.L.C., Merchant Processing, Inc., Ollie S. Ackley, Jeff Maine, Kenneth Maine, Diversified Check Solutions, L.L.C. Diversified Payment Solutions, LLC., ACheck 21, LLC and Jeaninne McConnel**

**v.**

**United Business Services, L.P.**

NO. 0630498 IN THE 152ND DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|:---:|:---:|:---:|:---:|:---:|
| EXPRESS | $25.00 | 10/08/2013 | PAID | APE |
| E-TXGOV FEE | $4.00 | 06/22/2012 | E-PAID | APE |
| MT FEE | $10.00 | 07/25/2011 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 07/25/2011 | E-PAID | ANT |
| SUPP CLK RECORD | $4.00 | 06/29/2011 | PAID | APE |
| E-TXGOV FEE | $4.00 | 06/10/2011 | E-PAID | ANT |
| CLK RECORD | $9,585.00 | 05/11/2011 | PAID | ANT |
| RPT RECORD | $11,251.50 | 05/02/2011 | PAID | ANT |
| FILING | $175.00 | 12/28/2010 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $21,062.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this August 7, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**